UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>TEVE</small> Q<small>UARRELLA</small>,

        Plaintiff,

v.

L & L F<small>OOD</small> C<small>ENTERS</small> I<small>NC</small>.,

        Defendant.

_____/

Case No. 1:10-cv-29

HONORABLE PAUL L. MALONEY

## **ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant L & L Food Centers Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant L & L Food Centers Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: February 16, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge